**Fill in this information to identify the case:**

Debtor name _500 W 184 LLC_

United States Bankruptcy Court for the: _Southern_    District of _NY_
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ferdo Skrelja 875 E. 219th Street Bronx, NY 10467 | Ferdo Skrelja (917) 335-5598 FerdoShkreli@gmail.com | Management Fees | | | | 36,860.00 |
| 2 | N.E.K. Construction Inc. 2440 Bronx Park East, A-9 Bronx, NY 10467 | Naser Krasniqi (718) 300-0460 Naser2440@icloud.com | Repairs to Debtor's Property | | | | 8,900.00 |
| 3 | Need Oil Corp. P.O. Box 308 Eastchester, NY 10709 | Martin Shkreli (718) 901-0500 NeedOilCailMe@ad.com | Delivery of Oil | | | | 4,946.28 |
| 4 | Lawrence S. Rabine P.C. 445 Hamilton Ave, 11th FL. White Plains, NY 10601 | Lawrence Rabine (914) 949-2100 Lawrence@Rabinelaw.com | Legal Services | | | | 4,500.00 |
| 5 | Viktor Shkreli 875 E. 219th Street Bronx, NY 10467 | Ferdo Shkreli (917) 335-5598 FerdoShkreli@gmail.com | Loan | | | | 1,000.00 |
| 6 | Village Home Realty LLC 875 E. 219th Street Bronx, NY 10467 | Ferdo Shkreli (917) 335-5598 FerdoShkreli@gmail.com | Management Fee | | | | 800.00 |
| 7 | | | | | | | |
| 8 | | | | | | | |