**Fill in this information to identify the case:**

Debtor name __500 W 184 LLC__

United States Bankruptcy Court for the: __Southern__ District of __NY__ (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                 12/15

### Part 1: Summary of Assets

1. Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B............................................................ $ 2,500,000.00

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B........................................................ $ 9,420.68

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B............................................................ $ 2,509,420.68

### Part 2: Summary of Liabilities

2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D......... $ 2,852,777.79

3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

    3a. Total claim amounts of priority unsecured claims:
    Copy the total claims from Part 1 from line 5a of Schedule E/F......... $ 0.00

    3b. Total amount of claims of nonpriority amount of unsecured claims:
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F......... + $ 83,783.28

4. **Total liabilities**............................................................................................ $ 2,936,561.07
    Lines 2 + 3a + 3b