**Fill in this information to identify the case:**

Debtor name: **500 W 184 LLC**

United States Bankruptcy Court for the: **Southern** District of **NY** (State)

Case number (If known): _____ Chapter _____

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases         12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Contract for the Sale of the land + building at 500 W. 184 St., N.Y., NY aka 2500 Amsterdam Ave. | Purchaser: 2500 AMSTERDAM LLC c/o Yeshiva University 500 W. 185 Street Belfer Hall 1001 New York, NY 10033 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Lease of Store at 2500 Amsterdam Ave. | Tenant: Communilife, Inc. 2500 Amsterdam Ave New York, NY 10033 |
| | State the term remaining | Terminates 12/31/2028 | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G        Schedule G: Executory Contracts and Unexpired Leases        page 1 of ___