**Fill in this information to identify the case:**

Debtor: 500 W 184 LLC

United States Bankruptcy Court for the: Southern District of NY (State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1** Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim $_____    Priority amount $_____

**2.2** Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____    $_____

**2.3** Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____    $_____

Debtor  500 W 184 LLC                        Case number (if known) _____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**3.1** Nonpriority creditor's name and mailing address: Lawrence S. Rabine P.C.
See Attached

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $ 4,500.00
$ 30,000.00
$ 34,500.00

Basis for the claim: Legal Services

Is the claim subject to offset?
☒ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address: Need Oil Corp.
See Attached

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,946.28

Basis for the claim: Oil Deliveries

Is the claim subject to offset?
☒ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address: N.E.K Construction Inc.
See Attached

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,900.00

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address: Shkreli, Viktor
See Attached

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address: Skrelja, Ferdo
See Attached

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34,437.00

Basis for the claim: Management Fees

Is the claim subject to offset?
☒ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address: _____

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 2 of 4

Debtor  500 W 184 LLC               Case number (if known) _____

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ _____ |
| 5b. Total claims from Part 2 | 5b. + | $ 83,783.28 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 83,783.28 |

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 3 of 4

```
Fill in this information to identify the case and this filing:

Debtor Name: 500 W 184 LLC
United States Bankruptcy Court for the: Southern District of New York
Case number (if known): _____
```

Attachment to Form 206E/F: Part 2: Creditors Who Have Nonpriority Unsecured Claims

3.1  Nonpriority creditor's name and mailing address
Lawrence S. Rabine P.C.
445 Hamilton Avenue, 11th Fl.
White Plains, NY 10601-1832

Date or Dates debt was incurred    7/10/2016;
*7/11/2016 to 2/23/2021* (handwritten)

3.2  Nonpriority creditor's name and mailing address
Need Oil Corp.
P.O. box 308
Eastchester, NY 10709

Date or Dates debt was incurred    2/13/2015; 3/6/2015; 4/7/2015; 7/10/2015

3.3  Nonpriority creditor's name and mailing address
N.E.K Construction Inc.
2440 Bronx Park East, Apt. A-9
Bronx, NY 10467

Date or Dates debt was incurred    2/8/2021

3.4  Nonpriority creditor's name and mailing address
Shkreli, Viktor
875 E. 219th Street
Bronx, NY 10467

Date or Dates debt was incurred    2/1/2021

3.5  Nonpriority creditor's name and mailing address
Skrelja, Ferdo
875 E. 219th Street
Bronx, NY 10467

Date or Dates debt was incurred    8/31/2016; and on the last day of each month from 2/28/2017 to 12/31/2020.

Attachment to Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page __ of __